124

337 A.2d 914

COMMONWEALTH of Pennsylvania, Pennsylvania LIQUOR CONTROL BOARD

v.

Earl I. and Mildred W. STARR and James E. Hylton, t/a Valley View Bottling Works and William T. Lewis, II, t/a Nelson Beer Distributor, Appellants.

Supreme Court of Pennsylvania.
Argued Jan. 17, 1975.

Decided March 18, 1975.

Rehearing Denied May 19, 1975.

George G. Lindsay, Bashore & Lindsay, James J. Curran, Pottsville, Steven L. Friedman, John M. Elliott, Philadelphia, for appellants. Dilworth, Paxson, Kalish, Levy & Coleman, Philadelphia, Bashore & Lindsay, Pottsville, of counsel.

Israel Packel, Atty. Gen., Albert B. Miller, Special Asst. Atty. Gen., Harry Bowytz, Asst. Atty. Gen., Chief Counsel, Harrisburg, for appellee.

Amicus curiae brief of the Pennsylvania Importing Masters Distributors' Association Supporting the Pennsylvania Liquor Control Board, appellee.

Robert E. Woodside, Shearer, Mette, Hoerner & Woodside, Harrisburg, for amicus curiae.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order of the Commonwealth Court at Nos. 753 C.D. of 1973 and 754 C.D. of 1973 affirmed 318 A.2d 763.

NIX, J., took no part in the consideration or decision of this case.